IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-128 |
| v. | : | |
| | : | CIVIL ACTION |
| THADDEUS VASKAS | : | NO. 16-134 |

<u>ORDER</u>

AND NOW, this 31st day of March, 2016, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Thaddeus Vaskas to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 119) is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                          J.